**FILED**
CLERK, U.S. DISTRICT COURT

8/6/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00641-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 287: Filing False Claim for Refund; 26 U.S.C. § 7206(1): Making and Subscribing a False Tax Return; 26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation and Presentation of False and Fraudulent Tax Returns] |
| MELVIN LOUIS HUGHES aka "Melvin Louis Huges," aka "Melvin Huges L," aka "Bandele El," | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 1341; 2(b)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant MELVIN LOUIS HUGHES, also known as ("aka") "Melvin Louis Huges," aka "Melvin Huges L," aka "Bandele El," was a resident of Los Angeles County in the State of California.

2. In and around 2017, defendant HUGHES created and caused to be created paperwork for a purported decedent's estate trust named

the Melvin Louis Huges Estate, sometimes referred to as the "Melvin Louis Huges Estates."

3. In and around 2017, defendant HUGHES created and caused to be created paperwork for a purported trust called the Bandele Trust.

4. In and around 2019, defendant HUGHES created and caused to be created paperwork for a purported trust called the Brother to Brother Outreach Trust.

5. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

6. IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040") was used by United States taxpayers to file an annual income tax return. Form 1040A was a simplified version of the standard Form 1040.

7. IRS Form 1041, U.S. Income Tax Return for Estates and Trusts ("Form 1041") was used by, among others, the fiduciary of a simple trust or a domestic decedent's estate, trust, or bankruptcy estate to report income, deductions, gains, losses, and income tax liability of the estate or trust.

8. IRS Forms 1099 were a group of forms generally used by a person or entity to report payments made to another person or entity. Among other information, certain Forms 1099 reported federal income taxes withheld from payments made to the identified payee. When payees filed their federal income tax returns, if the reported federal income tax withheld exceeded the payee's federal income tax liability, the IRS would generally refund to the payee the excess withholdings. Examples of IRS Forms 1099 included the following:

2

       a.   IRS Form 1099-OID (Original Issue Discount), which was used by the holder of a bond or debt instrument discounted at purchase to report the taxable difference between the bond or instrument's actual value and the discounted purchase price.

       b.   IRS Form 1099-B (Broker and Barter Exchange Transactions), which was used to report a bartered exchange of property or services or to report certain broker or barter exchanges, such as the sale of stocks, commodities, debt instruments, or securities in exchange for cash.

       c.   IRS Form 1099-A (Acquisition or Abandonment of Secured Property), which was used by a lender to report the amount of principal debt owed on and fair market value of secured property when the borrower transferred ownership of the secured property to the lender.

       d.   IRS Form 1099-K (Payment Card and Third Party Network Transactions), which was used by operators of payment applications and online marketplaces to report payments that a user of the application or marketplace received for goods or services during the year.

B.    <u>THE SCHEME TO DEFRAUD</u>

    9.   From in or about January 2016, through in or about May 2025, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUGHES and others known and unknown to the Grand Jury knowingly and with the intent to defraud, devised, participated in, and executed a scheme and artifice to defraud the IRS and the United States Department of the Treasury and for obtaining money and property from the IRS and the United States Department of Treasury by means of materially false pretenses,

representations, and promises, and the concealment of material facts.

C.  THE MANNER AND MEANS OF THE SCHEME

10. The fraudulent scheme operated, in substance, as follows:

a. On or about April 18, 2017, defendant HUGHES filed and caused to be filed for himself a false and fraudulent 2016 Form 1040A, U.S. Individual Income Tax Return. That income tax return was false and fraudulent because it falsely reported that, throughout calendar year 2016, defendant HUGHES had made $182,000 in estimated tax payments and was entitled to a $182,000 tax refund. In truth and in fact, and as he then knew, defendant HUGHES had not made $182,000 in estimated tax payments to the IRS in 2016, and he was not entitled to a $182,000 tax refund.

b. From in or about August 2017, through in or about April 2021, defendant HUGHES applied for and caused the IRS to issue Employer Identification Numbers ("EINs") for the Melvin Louis Huges Estate, Bandele Trust, and Brother to Brother Outreach Trust. Defendant HUGHES used those EINs to open bank accounts in the names of those purported trusts.

c. From in or about August 2018, through in or about April 2021, defendant HUGHES prepared and filed and caused to be prepared and filed with the IRS false and fraudulent Forms 1041 for the Melvin Louis Huges Estate, Bandele Trust, and Brother to Brother Outreach Trust for tax years 2016 through 2019. Those false and fraudulent Forms 1041 claimed large refunds based on fictitious federal income tax withholdings reported in false and fraudulent

Forms 1099 attached to the returns. Those fictitious Forms 1099 falsely purported to be issued by banks, online payment platforms, and other businesses. They also reported fictitious payments and loans by defendant HUGHES, as well as by the purported trust and business entities he created for purposes of the scheme. Those Forms 1041 included the following:

| Tax Year | Trust Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed | Refund Paid by the IRS |
|---|---|---|---|---|
| 2016 | Form 1041 – Melvin Louis Huges Estates (August 28, 2018) | $5,253,048 | $5,239,044 | -- |
| 2017 | Form 1041 – Melvin Louis Huges Estates (October 23, 2018) | $251,421 | $240,253 | -- |
| 2016 | Form 1041 – Bandele Trust (June 6, 2019) | $5,709,941 | $5,709,941 | $5,778,234.78 |
| 2017 | Form 1041 – Bandele Trust (July 1, 2019) | $502,842 | $502,842 | $506,783.40 |
| 2018 | Form 1041 – Bandele Trust (January 13, 2020) | $918,840 | $902,666 | -- |
| 2019 | Form 1041 – Bandele Trust (February 20, 2020) | $192,263,692 | $187,530,364 | -- |
| 2019 | Form 1041 – Bandele Trust (March 23, 2020) | $173,491,456 | $169,513,560 | -- |

| Tax Year | Trust Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed | Refund Paid by the IRS |
|---|---|---|---|---|
| 2019 | Form 1041 – Brother to Brother Outreach Tr (April 2, 2021) | $13,000,000 | $13,000,000 | -- |

d.   From in or about August 2018, through in or about April 2021, defendant HUGHES promoted and offered to prepare and file similar false and fraudulent Forms 1041 for other individuals. In exchange for various fees, and with the assistance of others, defendant HUGHES caused false and fraudulent Forms 1041 to be filed for at least seventeen other individuals. Those false and fraudulent Forms 1041 included the following, among others:

| Tax Year | Trust Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed | Refund Paid by the IRS |
|---|---|---|---|---|
| 2016 | Form 1041 – P.W. Trust (February 5, 2019) | $1,265,340 | $1,253,069 | $1,283,082.05 |
| 2016 | Form 1041 – J.F. Trust (August 22, 2019) | $632,999 | $620,750 | $620,750 |
| 2016 | Form 1041 – 5MOVEMENT Trust (September 24, 2019) | $880,230 | $880,230 | $880,230 |
| 2016 | Form 1041 – R. Trust (September 30, 2019) | $2,059,779 | $2,033,805 | -- |
| 2016 | Form 1041 – La. F. Trust (September 30, 2019) | $485,850 | $479,351 | $479,351 |

| | | | | |
|---|---|---|---|---|
| 2016 | Form 1041 – P.A. Trust (October 14, 2019) | $2,248,270 | $2,219,959 | $2,219,959 |
| 2016 | Form 1041 – Lo. F. Trust (October 21, 2019) | $1,200,300 | $1,184,723 | $1,184,723 |
| 2016 | Form 1041 – Pr. Trust (November 5, 2019) | $507,770 | $503,792 | -- |
| 2016 | Form 1041 – D.F. Trust (January 17, 2020) | $828,664 | $810,821 | $810,821 |

e. From on or about August 7, 2019, through on or about March 9, 2020, defendant HUGHES demanded that each individual who received a refund from the above Forms 1041 pay him a commission of approximately 10% of the refund. Defendant HUGHES instructed that those payments should be made payable to Brother to Brother Outreach and be falsely characterized as charitable donations. Those payments included the following:

| Payment Date | Payer | Payment Amount |
|---|---|---|
| 08/07/2019 | P.W. Trust | $100,000 |
| 10/28/2019 | 5MOVEMENT Trust | $80,000 |
| 11/21/2019 | P.A. Trust | $286,996 |
| 12/09/2019 | L.F. Trust | $177,708.45 |
| 01/23/2020 | J.F. Trust | $30,000 |
| 03/09/2020 | D.F. Trust | $194,000 |

f. From in or about June 2021, through in or about August

2024, defendant HUGHES attempted to obstruct and interfere with the United States' efforts to seize certain property that defendant HUGHES had bought with proceeds of the fraudulently obtained refunds. The United States sought to seize and forfeit a $1.84 million house in Malibu, California, two Tesla automobiles, and approximately $500,000 in cryptocurrency. During that period, to obstruct and interfere with the seizures and forfeiture and to otherwise retain possession of this property, defendant HUGHES filed false and frivolous legal documents in federal and state courts and mailed to the United States District Court for the Central District of California Forms 1099-A and 1099-OID. These tax forms falsely claimed that he paid the United States District Court $16 million and that the United States District Court had borrowed $16 million from him. On or about August 20, 2024, defendant HUGHES mailed to the United States District Court a Form W-9, Request for Taxpayer Identification Number and Certification, referring to himself as a payee of the Court.

    g. Beginning on a date unknown but no later than November 12, 2024, and continuing until at least April 2, 2025, defendant HUGHES mailed and filed with the IRS false and fraudulent Forms 1040, U.S. Individual Income Tax Returns. Those income tax returns reported false federal income tax withholdings and claimed fraudulent refunds based on those false withholdings. Those false and fraudulent Form 1040 income tax returns included the following:

| Tax Year | Individual Tax Return (Approximate Filing Date) | False Withholding Amount | Fraudulent Refund Claimed |
|---|---|---|---|
| 2018 | Form 1040 – Melvin L. Huges (November 19, 2024) | $174,753,904 | $174,753,904 |
| 2019 | Form 1040 – Melvin Huges (November 19, 2024) | $192,263,692 | $183,905,458 |
| 2023 | Form 1040 – Melvin L. Huges (April 2, 2025) | $6,285,622 | $3,773,480 |

D.  USE OF THE MAILS

11.  On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUGHES, together with others known and unknown to the Grand Jury, for the purpose of executing the above-described scheme to defraud, placed and caused to be placed the following items in an authorized depository for mail matter to be sent and delivered by the United States Postal Service according to the directions thereon:

| Count | Date | Mailing |
|---|---|---|
| 1 | 03/17/2021 | Envelope containing a 2019 Form 1041, U.S. Income Tax Return for Estates and Trusts for Brother to Brother Outreach Trust and addressed to an IRS office in Ogden, Utah |
| 2 | 11/13/2024 | Envelope containing a 2018 Form 1040, U.S. Individual Income Tax Return for Melvin L. Huges and a 2019 Form 1040, U.S. Individual Income Tax Return for Melvin Huges and addressed to an IRS office in Austin, Texas |
| 3 | 03/29/2025 | Envelope containing a 2023 Form 1040, U.S. Individual Income Tax Return for Melvin L. Huges and addressed to an IRS office in Austin, Texas |

COUNTS FOUR THROUGH SEVEN

[18 U.S.C. §§ 287, 2(b)]

12. The Grand Jury realleges paragraphs 1 through 8 and 10 of this Indictment here.

13. On or about the dates listed below, in Los Angeles County, in the Central District of California, and elsewhere, defendant MELVIN LOUIS HUGHES made and presented, and willfully caused to be made and presented, to the IRS, an agency of the United States Department of the Treasury, false, fictitious, and fraudulent claims, as listed below, against the United States for payment of a refund of taxes, knowing those claims to be false, fictitious, and fraudulent in that defendant HUGHES knew he and the purported trust were not entitled to the claimed refunds as reported on those returns:

| Count | Date | Tax Return | Fraudulent Refund Claimed |
|---|---|---|---|
| 4 | 03/17/2021 | 2019 Form 1041, U.S. Income Tax Return for Estates and Trusts for Brother to Brother Outreach Trust | $13,000,000 |
| 5 | 11/13/2024 | 2018 Form 1040, U.S. Individual Income Tax Return for Melvin L. Huges | $174,753,904 |
| 6 | 11/13/2024 | 2019 Form 1040, U.S. Individual Income Tax Return for Melvin Huges | $183,905,458 |
| 7 | 03/29/2025 | 2023 Form 1040, U.S. Individual Income Tax Return for Melvin L. Huges | $3,773,480 |

|    |                                                                                    |
|----|------------------------------------------------------------------------------------|
| 1  | COUNTS EIGHT THROUGH TWELVE                                                        |
| 2  | [26 U.S.C. § 7206(1)]                                                              |
| 3  | 14.   The Grand Jury realleges paragraphs 1 through 8 and 10 of                    |
| 4  | this Indictment here.                                                              |
| 5  | 15.   On or about the dates set forth below, in Los Angeles                        |
| 6  | County, in the Central District of California, and elsewhere,                      |
| 7  | defendant MELVIN LOUIS HUGHES willfully made and subscribed, and                   |
| 8  | filed and caused to be filed with the IRS, the following false Forms               |
| 9  | 1041, U.S. Income Tax Returns for Estates and Trusts for the calendar              |
| 10 | years set forth below, which were verified by a written declaration                |
| 11 | that they were made under penalties of perjury and which defendant                 |
| 12 | HUGHES did not believe to be true and correct as to every material                 |
| 13 | matter. The tax returns reported false income, losses, deductions,                 |
| 14 | and payments, and attached Forms 1099-A, 1099-B, 1099-K, and 1099-OID              |
| 15 | reporting false and fictitious amounts of federal income tax                       |
| 16 | withheld, all of which defendant HUGHES then knew were false, and                  |
| 17 | claimed refunds of those false and fictitious withholdings:                        |
| 18 | / / /                                                                              |
| 19 | / / /                                                                              |
| 20 | / / /                                                                              |
| 21 | / / /                                                                              |
| 22 | / / /                                                                              |
| 23 | / / /                                                                              |
| 24 |                                                                                    |
| 25 |                                                                                    |
| 26 |                                                                                    |
| 27 |                                                                                    |
| 28 |                                                                                    |

| Count | Approximate Filing Date | Tax Year | Tax Return | False Items |
|---|---|---|---|---|
| 8 | 6/6/2019 | 2016 | Form 1041 – Bandele Trust | Line 1 – Interest Income, $521,993<br>Line 3 – Business income or (loss), -$521,993<br>Line 24(e), Federal income tax withheld, $5,709,941<br>Line 25, Total payments, $5,709,941<br>Line 28, Overpayment, $5,709,941<br>Schedule C, Line 12, Depletion expense, $521,993<br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |
| 9 | 7/1/2019 | 2017 | Form 1041 – Bandele Trust | Line 1 – Interest Income, $251,421<br>Line 3 – Business income or (loss), -$251,421<br>Line 24(e), Federal income tax withheld, $502,842<br>Line 25, Total payments, $502,842<br>Line 28, Overpayment, $502,842<br>Schedule C, Line 10, Commission expense, $251,421<br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |

| Count | Approximate Filing Date | Tax Year | Tax Return | False Items |
|---|---|---|---|---|
| 10 | 1/13/2020 | 2018 | Form 1041 – Bandele Trust | Line 25(e), Federal income tax withheld, $918,840<br><br>Line 26, Total payments, $918,840<br><br>Line 29, Overpayment, $902,666<br><br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |
| 11 | 2/10/2020 | 2019 | Form 1041 – Bandele Trust | Line 1, Interest Income, $10,082,630<br><br>Line 26, Total payments, $173,491,456<br><br>Line 29, Overpayment, $169,513,560<br><br>Schedule G, Part II, Line 14, Federal income tax withheld, $173,491,456<br><br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |
| 12 | 2/20/2020 | 2019 | Form 1041 – Bandele Trust | Line 1, Interest Income, $12,024,866<br><br>Line 26, Total Payments, $192,263,692<br><br>Line 29, Overpayment, $187,530,364<br><br>Schedule G, Part II, Line 14, Federal income tax withheld, $192,263,692<br><br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |

COUNTS THIRTEEN THROUGH TWENTY

[26 U.S.C. § 7206(2)]

16. The Grand Jury realleges paragraphs 1 through 8 and 10 of this Indictment here.

17. On or about the dates set forth below, in Los Angeles County, in the Central District of California and elsewhere, defendant MELVIN LOUIS HUGHES, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the IRS of false U.S. Income Tax Returns for Estates and Trusts, Forms 1041, for the taxpayers and calendar years set forth below, which were false and fraudulent as to one or more material matters. The tax returns attached Forms 1099-OID, 1099-B, 1099-A, and 1099-K which reported false and fictitious amounts of federal income tax withheld and claimed refunds of the false and fictitious withholdings whereas, as defendant HUGHES then knew, the taxpayers had not had federal income taxes withheld in the amounts reported on the Forms 1041 and 1099:

| Count | Approximate Filing Date | Tax Year | Tax Return | False Items |
|---|---|---|---|---|
| 13 | 8/22/2019 | 2016 | Form 1041 – J.F. Trust | Line 24(e), Federal income tax withheld, $623,999<br><br>Line 25, Total Payments, $623,999<br><br>Line 28, Overpayment, $620,750<br><br>Forms 1099-A; 1099-B; and 1099-OID |

| Count | Approximate Filing Date | Tax Year | Tax Return | False Items |
|---|---|---|---|---|
| 14 | 9/24/2019 | 2016 | Form 1041 – 5MOVEMENT Trust | Line 24(e), Federal income tax withheld, $880,230<br><br>Line 25, Total Payments, $880,230<br><br>Line 28, Overpayment, $880,230<br><br>Forms 1099-B and 1099-OID |
| 15 | 9/30/2019 | 2016 | Form 1041 – L. Trust | Line 24(e), Federal income tax withheld, $485,850<br><br>Line 25, Total payments, $485,850<br><br>Line 28, Overpayment, $479,351<br><br>Forms 1099-A; 1099-B; and 1099-OID |
| 16 | 9/30/2019 | 2016 | Form 1041 – R. Trust | Line 24(e), Federal income tax withheld, $2,059,779<br><br>Line 25, Total payments, $2,059,779<br><br>Line 28, Overpayment, $2,033,805<br><br>Forms 1099-A; 1099-B; and 1099-OID |
| 17 | 10/14/2019 | 2016 | Form 1041 – P.A. Trust | Line 24(e), Federal income tax withheld, $2,248,270<br><br>Line 25, Total payments, $2,248,270<br><br>Line 28, Overpayment, $2,248,270<br><br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |

| Count | Approximate Filing Date | Tax Year | Tax Return | False Items |
|---|---|---|---|---|
| 18 | 10/21/2019 | 2016 | Form 1041 – L.F. Trust | Line 24(e), Federal income tax withheld, $1,200,300<br><br>Line 25, Total payments, $1,200,300<br><br>Line 28, Overpayment, $1,184,723<br><br>Forms 1099-B; 1099-K; and 1099-OID |
| 19 | 11/5/2019 | 2016 | Form 1041 – Pr. Trust | Line 24(e), Federal income tax withheld, $507,770<br><br>Line 25, Total payments, $507,770<br><br>Line 28, Overpayment, $503,792<br><br>Forms 1099-A; 1099-B; 1099-K; and 1099-OID |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

16

| 20 | 1/17/2020 | 2016 | Form 1041 – D.F. Trust | Line 24(e), Federal income tax withheld, $828,664 Line 25, Total payments, $828,664 Line 28, Overpayment, $810,821 Forms 1099-A; 1099-B; 1099-K; and 1099-OID |

A TRUE BILL

/S/_____
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*Christina Shay* (signature)

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

PATRICK BURNS
MAHANA K. WEIDLER
Trial Attorneys, Tax Division
United States Department of Justice