UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.  2:25-cr-00641-MWF                                           Date: 08/22/2025

Present: The Honorable: Steve Kim, United States Magistrate Judge

Interpreter N/A                                                       Language N/A

| Connie Chung | 08/22/2025 | Patrick Burns |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present   In Custody        Attorneys for Defendants:  ✔ Present  DFPD
Melvin Louis Hughes                                     Jacquelyn Sara Marrinson

Proceedings: Arraignment of Defendant and/or      ✔ Assignment of Case        Appointment of Counsel
                                                    Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/14/2025 8:30 AM; Status Conference: 09/08/2025 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA         PSAED        PSASA           Initial Appearance/Appointment of Counsel:  00 : 00
    ✔ USMLA         USMED        USMSA                                    Arraignment:  00 : 02
       Statistics Clerk           Interpreter               Initials of Deputy Clerk: CC by TRB
       CJA Supervising Attorney   Fiscal