# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Melvin Louis Hughes,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 25-00641-MWF<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Thursday_____, __8/28/25__, at __10:00____ ☒ a.m. / ☐ p.m. before the Honorable __Steve Kim_____, in Courtroom __540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __August 22, 2025__

*/s/ Steve Kim*
Steve Kim, U.S. Magistrate Judge